ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 SEP -8  PM 1:59

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-22CR0339-X |
| OBADIAH FRASER | |

### INDICTMENT

The Grand Jury charges:

<u>Count One</u>
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

On or about February 6, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Obadiah Fraser**, did use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and which visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.   Specifically, the defendant **Obadiah Fraser**, did use, persuade, induce, entice and coerce Jane Doe, a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, including live visual depictions of such conduct, using a communication application and the Internet.

Indictment—Page 1

In violation of 18 U.S.C. § 2251(a), the penalty for which is found at 18 U.S.C. § 2251(e).

Count Two
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

On or about May 13, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Obadiah Fraser**, did use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and which visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.   Specifically, the defendant **Obadiah Fraser**, did use, persuade, induce, entice and coerce Jane Doe, a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, including live visual depictions of such conduct, using a communication application and the Internet.

In violation of 18 U.S.C. § 2251(a), the penalty for which is found at 18 U.S.C. § 2251(e).

A TRUE BILL:

_(signature)_
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_(signature)_
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809

Indictment—Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

OBADIAH FRASER

INDICTMENT

Violation of 18 U.S.C. § 2251(a)
Production of Child Pornography
(Count 1)

Violation of 18 U.S.C. § 2251(a)
Production of Child Pornography
(Count 2)

2 Counts

A true bill rendered

_____
DALLAS                                   FOREPERSON

Filed in open court this __8__ day of September, 2022.

**Warrant to be Issued - In State Custody**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending